ADAM PAUL LAXALT
  Attorney General
JOSHUA HALEN, Bar No. 13885
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1209
E-mail: jhalen@ag.nv.gov

*Attorneys for James Dzurenda,
Brian Egerton, Maribelle Henry,
William Sandie*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAMARR ROWELL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, et al.,<br><br>　　　　　Defendants. | Case No. 3:17-cv-00027-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

 Plaintiff Lamarr Rowell, appearing pro se, and Defendants James Dzurenda, Brian Egerton, and Maribelle Henry, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Joshua M. Halen, Deputy Attorney General, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
////
///
///
///
///

1 | This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement
2 | between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each
3 | party hereto shall bear its own attorneys' fees and costs.

DATED this 3 day of May, 2018.

By: /s/ Lamarr Rowell
LAMARR ROWELL
*Plaintiff, Pro Se*

DATED this 3 day of May, 2018.

OFFICE OF THE ATTORNEY GENERAL

By: /s/ Joshua M. Halen
JOSHUA M. HALEN
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendant*

**IT IS SO ORDERED**

_____
**U.S. DISTRICT JUDGE**

**DATED** May 8, 2018

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 8th day of May, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Lamarr Rowell, #61987
Stewart Conservation Camp
1721 Snyder Ave.
PO Box 5005
Carson City, NV 89702

*/s/ Laurie Penny*
An employee of the
Office of the Attorney General